# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Western National Mutual Ins. Co., as subrogee of Matthew Eberhardt,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd., a foreign corporation, Challenger Supply Holdings, Inc., a foreign corporation, and Quietside Corporation, a foreign corporation,<br><br>　　　　Defendants. | Case No. _____<br><br><br>**CONSENT TO NOTICE OF REMOVAL** |

　　　　Defendant Challenger Supply Holdings, Inc. ("Challenger") by counsel, and pursuant to 28 U.S.C. § 1446(b)(2)(c), hereby consents to and joins in the Notice of Removal filed by Defendant Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd. ("Daesung") in this action. Upon information and belief, this Consent to Notice of Removal is filed within thirty (30) days after service of the Complaint on Daesung. Challenger was served with a Summons and Complaint on October 20, 2015.

4833-0117-4828

2

Dated:  January 22, 2016

Respectfully submitted,
CHALLENGER SUPPLY HOLDINGS, INC.

NILAN JOHNSON LEWIS PA


/s/ Scott M. Rusert
Scott M. Rusert – Reg. No. 231113
Brandie L. Morgenroth – Reg. No. 396155
120 South Sixth Street, Suite 400
Minneapolis, MN 55402
Telephone:  (612) 305-7500
Facsimile:  (612) 305-7501
srusert@nilanjohnson.com
bmorgenroth@nilanjohnson.com

ATTORNEYS FOR DEFENDANTS

4833-0117-4828