# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Western National Mutual Ins. Co., as subrogee of Matthew Eberhardt,<br><br>    Plaintiff,<br><br>v.<br><br>Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd., a foreign corporation, Challenger Supply Holdings, Inc., a foreign corporation, and Quietside Corporation, a foreign corporation,<br><br>    Defendants. | Case No. _____<br><br><br><br>**CONSENT TO NOTICE OF REMOVAL** |

Defendant Quietside Corporation ("Quietside"), by counsel, and pursuant to 28 U.S.C. § 1446(b)(2)(c), hereby consents to and joins in the Notice of Removal filed by Defendant Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd. ("Daesung") in this action. Upon information and belief, this Consent to Notice of Removal is filed within thirty (30) days after service of the Complaint on Daesung. Quietside was served with a Summons and Complaint on October 20, 2015.

4820-1299-9468

2

| | |
|---|---|
| Dated:  January 22, 2016 | Respectfully submitted,<br>QUIETSIDE CORPORATION<br><br>NILAN JOHNSON LEWIS PA<br><br>/s/ Scott M. Rusert<br>Scott M. Rusert – Reg. No. 231113<br>Brandie L. Morgenroth – Reg. No. 396155<br>120 South Sixth Street, Suite 400<br>Minneapolis, MN 55402<br>Telephone:  (612) 305-7500<br>Facsimile:  (612) 305-7501<br>srusert@nilanjohnson.com<br>bmorgenroth@nilanjohnson.com<br><br>ATTORNEYS FOR DEFENDANTS |

4820-1299-9468