Re:     *Western National Mutual Ins. Co., a/s/o Matthew Eberhardt v. Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd.; Challenger Supply Holdings, Inc.; and Quietside Corporation*
Court File No.: _____

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

Naomi E. Gordon, of the City of Minneapolis, County of Hennepin, State of Minnesota, being first duly sworn deposes and says that on the 22nd day of January, 2016, she served a true and correct copy of **Defendant Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd.'s Notice of Removal, Exhibit A (Summons & Complaint, Answers), Challenger Supply Holdings, Inc. Consent to Removal, Quietside Corporation Consent to Removal, and Civil Cover Sheet** on all known attorneys by mailing copies thereof, enclosed in an envelope, postage prepaid and depositing same in the post office at Minneapolis, Minnesota, directed to said counsel, at last known address at:

Kevin J. Kennedy and Forrest G. Hopper
BORGELT, POWELL, PETERSON & FRAUEN, S.C.
7825 3rd Street North, Suite 206
Oakdale, MN  55128
**ATTORNEY FOR PLAINTIFF**, Western National Mutual Ins. Co., a/s/o Matthew Eberhardt

_____
Naomi E. Gordon

Subscribed and sworn to before me
this 22nd day of January, 2016.

_____
Notary Public

MOLLY A. LEGER
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2018

4830-4053-6620