IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Western National Mutual Ins. Co. as subrogee of Matthew Eberhardt,<br><br>Plaintiff,<br><br>vs.<br><br>Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., LTd., a foreign corporation, Challenger Supply Holdings, Inc., a foreign corporation, and Quietside Corporation, a foreign corporation,<br><br>Defendants. | Civil No. 16CV00150 DSD/FLN<br><br><br><br>**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** |

Plaintiff Western National Ins. Co., as subrogee of Matthew Eberhardt, makes its initial disclosure pursuant to the Federal Rules of Civil Procedure. The following disclosures are based on the information reasonably available to Western National Mutual Ins. Co. as of the date of this disclosure.

Western National Mutual Ins. Co. makes no claim that the following initial disclosures constitute a full disclosure of all persons having knowledge or of all potentially relevant documents. Further investigation, research and analysis may supply additional information that may lead to additions or changes to this disclosure. Western National Mutual Ins. Co. reserves the right to supplement this disclosure pursuant to Fed. R. Civ. P. 26(e) upon discovery of additional information or to the extent that any of the defendants asserts, clarifies, modifies or otherwise develops additional theories or defenses. Western National Mutual Ins. Co. reserves all objections to discoverability, relevance, admissibility and all other objections available to it.

These disclosures should be deemed amended and supplemented to include all admissible evidence in the parties' responses to written discovery requests, all admissible deposition testimony and all admissible documents that are produced in discovery.

## INITIAL DISCLOSURES

(i)  The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

Matthew and Kelly Eberhardt
130 South Webster Street
Kasota, MN 56050
Phone: 651-307-3908

Mr. and Mrs. Eberhardt have knowledge regarding the use, and maintenance of the product, along with information regarding the fire and damages.

Western National Mutual Insurance Company
Brett Benz – General Adjuster
5350 West 78th Street
Edina, MN 55439
Phone: 800-862-6070

Mr. Benz is the assigned adjuster on the claim and has knowledge of the claims adjustment process and damages.

Travis Hunzeker

Mr. Hunzeker would have knowledge regarding the residence prior to Eberhardt's purchase of the property.

Representatives of Daesung Celtic Enersys Co. Ltd.
13919 Artesia Blvd
Cerritos, CA 90703

Representatives of Daesung Celtic would have knowledge regarding the design, manufacturing, marketing, distributing, recalls, testing, and sale of the product.

Representatives of Challenger Supply Holdings, Inc.
4500 Mercantile Plaza Drive, #300
Fort Worth, TX 76137

Representatives of Challenger Supply would have knowledge regarding the distribution, sale and any recalls of the product.

**Representatives of Quietside Corp.**
**8750 Pioneer Blvd**
**Santa Fe Springs, CA 90670**

Representatives of Quietside would have knowledge regarding the distribution, sale, and any recalls of the product.

**Representatives of Nicollet County Sheriff's Department**
**121 West Myrtle Street**
**St. Peter, MN 56082**
**Phone: 507-931-1570**

Representatives from the Nicollet County Sheriff's Department would have knowledge regarding the fire and loss sustained by Plaintiff.

**Representatives of American Red Cross**
**105 Homestead Road**
**Mankato, MN 56001**
**Phone: 507-387-6664**

Representatives of American Red Cross would have knowledge regarding the fire and loss sustained by Plaintiff.

**State Fire Marshal**
**Ron Rahman – Investigator**
**444 Cedar Street, Suite 145**
**St. Paul, MN 55101**
**Phone: 612-716-1654**

Mr. Rahman would have knowledge regarding the cause and origin of the fire.

**Dahl & Associates, Inc.**
**Peter Dahl**
**P.O. Box 579**
**Chanhassen, MN 55317**

Mr. Dahl would have knowledge of the fire loss and professional opinions on the origin and cause of the fire.

**Duane A. Wolf Engineering, PC**
**Duane Wolf**
**212 Airport Road**
**Ames, IA 50010**

Mr. Wolf would have knowledge of the fire loss and professional opinions on the origin, cause, and mechanical engineering aspects of the fire.

**MSD Engineering**
**Mark Svare – Forensic Engineer**
**P.O. Box 517**
**Anoka, MN 55303**

Mr. Svare would have knowledge of the fire loss and professional opinions on the origin, cause and electrical engineering aspects of the fire.

**Summit Adjusting Services, Inc.**
**Dave Nilles**
**1687 Woodlane Drive, Suite 212**
**Woodbury, MN 55125**
**Phone: 651-731-6355**

Mr. Nilles would have knowledge regarding damages caused by fire loss and repair efforts.

**Legacy Services Corporation**
**Tom Eler**
**6390 McKinley Street N.W., Suite #120**
**Ramsey, MN 55303**
**763-712-5656 ext. 206**

Mr. Eler would have knowledge regarding damages caused by the fire loss and repair efforts.

**Donny and Brittany Carmon**
**130 South Webster Street**
**Kasota, MN 56050**

Mr. and Mrs. Carmon would have knowledge regarding their lease agreement with the Eberhardt's, the fire and loss sustained.

(ii) **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

Damages Summary bates-labeled EB 000001 – EB 000196.
Summit Adjusting Reports and Photos bates-labeled EB 000197 – EB 000285.
Legacy Services Corporation Reports bates-labeled EB 000286 – EB 000346.
Photos bates-labeled EB 000347 – EB 000500.
Manual Photos from Peter Dahl bates-labeled EB 000501 – EB 000554.

      Photos from Peter Dahl bates-labeled EB 000555 – EB 000560.
      Residential Tenancy Agreement bates-labeled EB 000561 – EB 000569.
      U.S. Consumer Product Safety Documents bates-labeled EB 000570 – EB 000726.

(iii)    **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

      Plaintiff has attached a copy of the damage summary bates-labeled EB 000001 – EB 000196. Plaintiff's damages total $410,904.02.

(iv)    **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

      Not applicable.

Dated: April 11, 2016

BORGELT, POWELL, PETERSON & FRAUEN S.C.

By: _____
    Kevin J. Kennedy (#193872)
    Forrest G. Hopper (#0389417)
7825 3rd Street North, Suite 206
Oakdale, MN 55128
Telephone: 651-256-5000
Fax: 651-340-1456
E-Mail: kkennedy@borgelt.com
E-Mail: fhopper@borgelt.com
*Counsel for Plaintiff*

5