DAESUNG CELTIC ENERSYS CO., LTD.   313-69 SANGGOK-RI, SAMSUNG-MYUN
EUMSUNG-GUN, CUNGBUK, SOUTH KOREA
Home page: www.celtic.co.kr

August 18, 2014



**IMPORTANT SAFETY NOTICE
READ IMMEDIATELY**

Challenger Supply Holdings, Inc.
a successor-in-interest to Quietside Corp.,
4500 Mercantile Plaza Drive,
Suite #300, Fort Worth,
Texas76137

Dear whom it may concern:

We are contacting you to request an immediate stop-sale of various models of "Quietside" or "Coaire" brand single and dual purpose tankless water heaters manufactured by Daesung Celtic Energys Co., Ltd. The models and serial numbers affected by this stop-sale are listed on the attached sheet. Incomplete combustion in these units may create a risk of fire. Daesung has voluntarily notified the U.S. Consumer Product Safety Commission ("CPSC") of and Health Canada this issue and is working with the CPSC and Health Canada on a voluntary fast-track recall of these units. The CPSC and Health Canada will be monitoring this corrective action by Daesung Celtic Energys Co., Ltd. **Only the models and serial numbers on the attached sheet are involved in this recall.**

**You should immediately stop any further sale of these products and request your customers to remove them from any display areas.** When the details of the recall are finalized with the CPSC and Health Canada, including the targeted public announcement date, we will notify you and provide a poster for display in your customers' stores. In the interim, if you have any questions about this Important Safety Notice, please do not hesitate to contact us. We regret any inconvenience this action may cause you.

Sincerely,

**DongTaek, LEE**
Team Leader
Global Business Team

EB 000602

**EXHIBIT B**