

# CHALLENGER SUPPLY

August 25, 2014



Dear Sales Rep and Distributor:

We are contacting you to request an immediate stop-sale of **all models** of "Quietside" or "Coaire" brand single and dual purpose tankless water heaters manufactured by Daesung Celtic Energys Co., Ltd. ("Daesung"). Attached is the copy of the stop-sale letter that we received from Daesung. **Use of these units may create a risk of fire.** Daesung has voluntarily notified the U.S. Consumer Product Safety Commission ("CPSC") of this issue and is working with the CPSC on a voluntary fast-track recall of these units. The CPSC will be monitoring this corrective action by Daesung.

**You should immediately stop any further sale of these products and remove them from any display areas.**

Sincerely,


Kevin Park

Vice President
Challenger Supply Holdings, Inc.