# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 11/13/2014 to 11/30/2014  **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys  **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 442 | 442 |
| With Distributor/dealer: | Unknown | 358 | 358 |
| With Consumers: | 27,594 | 0* | 0* |
| TOTAL: | 28,717 | | 800 |

* 794 repair kits shipped to consumers for in-home repair by service contractor technicians.

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred Before the Recall | Total Incidents Reported this Period that Occurred After the Recall |
|---|---|---|
| Incidents | 40 | 1 (unconfirmed/pending confirmation) |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 5,383

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 1,199
Email: # 181
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes , If no, explain: _____

How many website hits did your Firm have this reporting period for this recall? # 1,806

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000001

**EXHIBIT D**

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 12/1/2014 to 12/31/2014  **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys  **Product:** Water Heaters

### I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 130 | 572 |
| With Distributor/dealer: | 740* | 382 | 740 |
| With Consumers: | 27,212 | 1,464 | 1,464 |
| TOTAL: | 28,717 | | 2,776 |

* Estimate

### II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred Before the Recall | Total Incidents Reported this Period that Occurred After the Recall |
|---|---|---|
| Incidents | 40 | 4** |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

### III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 9

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 3,782
Email: # 446
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes ____, If no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 2,342

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | # | | | |
|---|---|---|---|---|
| Facebook: | # | # of shares: | | # of Likes: |
| Twitter: | # | # of Re-Tweets: | | # of Twitter Followers: |
| Other: | # | Explain: | | |
| Ad Placements: | # | Explain: | | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐ Yes / ☑ No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

**These were reported incidents involving unrepaired units; damage occurred to the units only; units will be replaced under warranty.

Daesung-000002

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 1/1/2015 to 1/31/2015    **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys    **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0* | 765 |
| With Distributor/dealer: | 882* | 142 | 882** |
| With Consumers: | 27,212 | 2,674 | 4,138 |
| TOTAL: | 28,717 | | 5,785 |

\* 442 corrections in Nov.; 323 in December
\*\* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 4 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 2,150
Email: # 428
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes , If no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 1,467

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000003

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 2/1/2015 to 2/28/2015   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 946* | 64 | 946* |
| With Consumers: | 27,212 | 765 | 4,903 |
| TOTAL: | 28,717 | 829 | 6,614 |

* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred <u>Before</u> the Recall | Total Incidents Reported this Period that Occurred <u>After</u> the Recall |
|---|---|---|
| Incidents | 40 | Under review |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 1,585
Email: # 192
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes ____, If no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 790

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | # | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000004

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 3/1/2015 to 3/31/2015   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 974* | 28 | 974 |
| With Consumers: | 27,212 | 661 | 5,564 |
| TOTAL: | 28,717 | 689 | 7,303 |

\* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 13 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 926
Email: # 88
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes ____, If no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 469

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | # | | # of Likes: |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000005

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 4/1/2015 to 4/30/2015   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 246 | 1,220 |
| With Consumers: | 26,732* | 501 | 6,065 |
| TOTAL: | 28,717 | 747 | 8,050 |

\* Estimate

## II) INCIDENT UPDATE

|  | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 2 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0

Email: # 0

Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 559

Email: # 68

Regular Mail: # 0

Is the recall currently posted on your homepage? Yes , If no, explain: _____

How many website hits did your Firm have this reporting period for this recall? # 78

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000006

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 5/1/2015 to 5/31/2015    **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys    **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 340 | 6,405 |
| TOTAL: | 28,717 | 340 | 8,390 |

\* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 0 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 335
Email: # 46
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes ____, if no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 55

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☒No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000007

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 6/1/2015 to 6/30/2015   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 502 | 6,907 |
| TOTAL: | 28,717 | 502 | 8,892 |

* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 0 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 223
Email: # 36
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes , If no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 143

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # ___ | # of shares: ___ | # of Likes: ___ |
| Twitter: | # ___ | # of Re-Tweets: ___ | # of Twitter Followers: ___ |
| Other: | # ___ | Explain: ___ | |
| Ad Placements: | # ___ | Explain: ___ | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☒No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000008

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 8/1/2015 to 8/31/2015    **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys    **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 83 | 7,498 |
| TOTAL: | 28,717 | 83 | 9,483 |

\* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 1 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0

Email: # 0

Regular Mail: # 0

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 192

Email: # 22

Regular Mail: # 0

Is the recall currently posted on your homepage? Yes    , If no, explain: _____

How many website hits did your Firm have this reporting period for this recall? # 170

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000009

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

Reporting Dates: 9/1/2015 to 9/30/2015      Compliance Officer: Sheela Kadambi
Recalling Firm: Daesung Celtic Enersys      Product: Water Heaters

### I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 22 | 7,520 |
| TOTAL: | 28,717 | 22 | 9,505 |

* Estimate

### II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred Before the Recall | Total Incidents Reported this Period that Occurred After the Recall |
|---|---|---|
| Incidents | 40 | 2 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

### III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 212
Email: # 23
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes      , If no, explain: _____
How many website hits did your Firm have this reporting period for this recall? # 145

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000010

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

**Reporting Dates:** 10/1/2015 to 10/31/2015   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 78 | 6,437 |
| TOTAL: | 28,717 | 78 | 8,422** |

\* Estimate
\*\* Reflects corrections from previous months' tabulations.

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred Before the Recall | Total Incidents Reported this Period that Occurred After the Recall |
|---|---|---|
| Incidents | 40 | 0 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0*

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 284
Email: # 64
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes _____, If no, explain: _____

How many website hits did your Firm have this reporting period for this recall? # 257

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | # | | # |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐ Yes / ☑ No – Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000011

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)
## Case Number: RP140448

Reporting Dates: 11/1/2015 to 11/30/2015   Compliance Officer: Sheela Kadambi

Recalling Firm: Daesung Celtic Enersys   Product: Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 78 | 6,515 |
| TOTAL: | 28,717 | 78 | 8,500 |

* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred Before the Recall | Total Incidents Reported this Period that Occurred After the Recall |
|---|---|---|
| Incidents | 40 | 2 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0

Email: # 0

Regular Mail: # 0

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 297

Email: # 21

Regular Mail: # 0

Is the recall currently posted on your homepage? Yes ____, If no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 231

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # ___ | # of shares: ___ | # of Likes: ___ |
| Twitter: | # ___ | # of Re-Tweets: ___ | # of Twitter Followers: ___ |
| Other: | # ___ | Explain: ___ | |
| Ad Placements: | # ___ | Explain: ___ | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000012

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)

**Case Number:** RP140448

**Reporting Dates:** 12/1/2015 to 12/31/2015   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 310 | 6,825 |
| TOTAL: | 28,717 | 310** | 8,810 |

\* Estimate
\*\* Reflects adjustment from previous month.

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 0 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 262
Email: # 32
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes _____, If no, explain: _____

How many website hits did your Firm have this reporting period for this recall? # 269

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐ Yes / ☒ No — Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000013

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)

**Case Number:** RP140448

**Reporting Dates:** 1/1/2016 to 1/31/2016   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 91 | 6,916 |
| TOTAL: | 28,717 | 91 | 8,901 |

* Estimate

## II) INCIDENT UPDATE

| | Total Incidents Reported this Period that Occurred Before the Recall | Total Incidents Reported this Period that Occurred After the Recall |
|---|---|---|
| Incidents | 40 | 0 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 322
Email: # 40
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes ____, If no, explain: ____

How many website hits did your Firm have this reporting period for this recall? # 293

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐ Yes / ☑ No – Describe action taken: ____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000014

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)

## Case Number: RP140448

**Reporting Dates:** 2/1/2016 to 2/29/2016   **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys   **Product:** Water Heaters

### I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 95 | 7,011 |
| TOTAL: | 28,717 | 95 | 8,996 |

* Estimate

### II) INCIDENT UPDATE

|  | Total Incidents Reported this Period that Occurred **Before** the Recall | Total Incidents Reported this Period that Occurred **After** the Recall |
|---|---|---|
| Incidents | 40 | 0 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

### III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

- Phone: # 0
- Email: # 0
- Regular Mail: # 0

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

- Phone: # 261
- Email: # 40
- Regular Mail: # 0

Is the recall currently posted on your homepage? Yes _____, If no, explain: _____

How many website hits did your Firm have this reporting period for this recall? # 269

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | | | |
|---|---|---|---|
| Facebook: | # | # of shares: | # of Likes: |
| Twitter: | # | # of Re-Tweets: | # of Twitter Followers: |
| Other: | # | Explain: | |
| Ad Placements: | # | Explain: | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No — Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

# CPSC Monthly Progress Report for Corrective Action Plans (CAP)

**Case Number:** RP140448

FINAL REPORT

**Reporting Dates:** 3/1/2016 to 3/31/2016     **Compliance Officer:** Sheela Kadambi

**Recalling Firm:** Daesung Celtic Enersys     **Product:** Water Heaters

## I) PRODUCTS CORRECTED BY FIRM AS APPLICABLE UNDER CAP

| Location of Products | Total Products Affected by Recall | Corrections this Reporting Period | Total Cumulative Corrections for Recall |
|---|---|---|---|
| With Importer: | 765 | 0 | 765 |
| With Distributor/dealer: | 1,220* | 0 | 1,220 |
| With Consumers: | 26,732* | 138 | 7,149 |
| TOTAL: | 28,717 | 138 | 9,134 |

* Estimate

## II) INCIDENT UPDATE

|  | Total Incidents Reported this Period that Occurred Before the Recall | Total Incidents Reported this Period that Occurred After the Recall |
|---|---|---|
| Incidents | 40 | 0 |
| Injuries | 0 | 0 |
| Death | 0 | 0 |

## III) Notifications Made by Firm and Consumer Response as Applicable under CAP

How many consumers did you notify this reporting period by:

Phone: # 0
Email: # 0
Regular Mail: # 0

How many consumers contacted your Firm this reporting period about the recall by as a result of any notification:

Phone: # 177
Email: # 27
Regular Mail: # 0

Is the recall currently posted on your homepage? Yes_____, If no, explain: _____

How many website hits did your Firm have this reporting period for this recall? # 185

As applicable under your CAP, how many times in this reporting period did your Firm post the recall notice on the following?

| | # | | | |
|---|---|---|---|---|
| Facebook: | # | # of shares: | | # of Likes: |
| Twitter: | # | # of Re-Tweets: | | # of Twitter Followers: |
| Other: | # | Explain: | | |
| Ad Placements: | # | Explain: | | |

Recalling companies are encouraged to monitor on line re-sale, auction, and wholesale websites. If monitored, did you find the recalled product on any sites ☐Yes / ☑No – Describe action taken: _____

NOTE: Email or Fax completed form by the FIRST of EACH MONTH to Judy Smith, Recall Coordinator, at: jsmith@cpsc.gov or 301-504-0359. If you have questions, contact your Compliance Officer.

Updated 10/2014

Daesung-000016