IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Western National Mutual Ins. Co. as subrogee of Matthew Eberhardt,<br><br>Plaintiff,<br><br>v.<br><br>Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd., a foreign corporation, Challenger Supply Holdings, Inc., a foreign corporation, and Quietside Corporation, a foreign corporation,<br><br>Defendants. | Court File No.: 0:16-CV-00150-MJD-FLN<br><br>**DEFENDANTS' RULE 26(A)(2) EXPERT DISCLOSURES** |

Defendants Daesung Celtic Enersys Co., Ltd. ("Daesung Celtic"), Challenger Supply Holdings, Inc. ("Challenger Supply"), and Quietside Corporation, now known as Quietside LLC ("Quietside") (collectively "Defendants"), hereby provide their disclosure of expert witnesses as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure and in compliance with the Court's Scheduling Order.

1. Scott A. Sollars
   Principal/Mechanical Engineer
   Crane Engineering
   2355 Polaris Lane N., Suite 120
   Plymouth, MN 55447

2. Lee K. McCarthy
   Fire Protection Engineer
   Crane Engineering
   2355 Polaris Lane N., Suite 120
   Plymouth, MN 55447

Dated: July 1, 2016

NILAN JOHNSON LEWIS PA

*Brandie Morgenroth*
Scott M. Rusert – Reg. No. 231113
Brandie L. Morgenroth – Reg. No. 396155
120 South Sixth Street, Suite 400
Minneapolis, MN 55402
Telephone: (612) 305-7500
Facsimile:   (612) 305-7501
srusert@nilanjohnson.com
bmorgenroth@nilanjohnson.com

Attorneys for Defendants

2

4816-7171-2820