User's Manual

## Specifications

※ Specifications may be changed without prior notice
※ The capacity may differ slightly, depending on the water and fuel gas quality

### Specifications & Performance

| Product name | | Tankless Gas Water Heater | | | |
|---|---|---|---|---|---|
| Model | | ODW-099B | ODW-120B | ODW-160C | ODW-199C |
| Install Type | | Direct Vent / Sealed Combustion | | | |
| Flue Type | | Indoor Wall Hanging | | | |
| Dimension (W×D×H, inch) | | 15 3/4" × 8" × 25 1/2" | | 18 1/2" × 9-3/16" × 28 5/8" | |
| Weight (lbs) | | 51 | | 64 | |
| Ignition | | Direct Ignition | | | |
| Connection Sizes | Gas Inlet | 3/4" | | 3/4" | |
| | Water Inlet | | | | |
| | Hot Water Outlet | | | | |
| Gas Consumption | NG Max. | 99,000 Btu/h | 120,000 Btu/h | 160,000 Btu/h | 195,000 Btu/h |
| | NG Min. | 18,000 Btu/h | 18,000 Btu/h | 26,000 Btu/h | 26,000 Btu/h |
| | LP Max. | 99,000 Btu/h | 120,000 Btu/h | 160,000 Btu/h | 195,000 Btu/h |
| | LP Min. | 18,000 Btu/h | 18,000 Btu/h | 26,000 Btu/h | 26,000 Btu/h |
| Energy Factor | | 0.91 | 0.92 | 0.92 | 0.92 |
| Operating Pressure | | 15 – 150 PSI | | | |
| Minimum Flow Rate | | 0.52 GPM | | 0.60 GPM | |
| Power Voltage/Frequency | | 120V / 60Hz | | | |
| Power Consumption (W) | | 55 | 60 | 75 | 82 |
| Materials | Flue Collar | Poly Propylene | | | |
| | Casing | Zinc'd Steel Plate | | | |
| | Heat Exchanger | Sensible Heat Exchanger: Copper shielding, Copper Tubing / Latent Heat Exchanger: Aluminum Fin, Copper Tubing | | | |
| Accessories | | Remote Controller, Anchoring Screws | | | |
| Safety Devices | | Flame Rod, Pressure Relief Valve, Overheat Prevention Device, Freezing Prevention Device, Fan Rotation Detector | | | |
| | | Air Intake 3" Flue Outlet 3" | | Air Intake 3" or 4" Flue Outlet 3" or 4" | |
| Tube Diameter (inch) | | 4.0 | 4.8 | 7.2 | 7.9 |
| | | 2.4 | 2.9 | 4.2 | 4.9 |
| Temperature Settings | | 98°F – 120°F / 130°F / 140°F / 150°F / 160°F | | | |

## Isometric View

### ODW-099B ~ 120B Model

Components Diagram



Case Assembly

Condensate assembly

Pressed Draft Port

EXHIBIT H