IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Western National Mutual Insurance Company, as subrogee of Matthew Eberhardt, | Court File No.: 0:16-CV-00150-MJD-FLN |
| Plaintiff, | |
| vs. | NOTICE OF TAKING DEPOSITION OF JIN H. "KEVIN" PARK |
| Daesung Celtic Enersys Co., Ltd., fka Daesung Celtic Co., Ltd., a foreign corporation, Challenger Supply Holdings, Inc., a foreign corporation, and Quietside Corporation, a foreign corporation, | |
| Defendants. | |

TO: Defendants above-named and its counsel of record, Scott M. Rusert, Esq., Brandie L. Morgenroth, Esq., Nilan Johnson Lewis, P.A., 120 South Sixth Street, Suite 400, Minneapolis, MN 55402:

**PLEASE TAKE NOTICE** that the deposition of Jin H. "Kevin" Park, by oral examination will be taken before a Notary Public at the offices of Borgelt, Powell, Peterson & Frauen S.C., 7815 3rd Street North, Suite 203, Oakdale, Minnesota 55128., on **Wednesday, September 28, 2016 at 9:00 a.m.**, and thereafter by adjournment until the same shall be completed.

**EXHIBIT J**

|  |  |
|---|---|
| Dated: 9-14, 2016 | BORGELT, POWELL, PETERSON & FRAUEN S.C.<br><br>By _____<br>Kevin J. Kennedy (#193872)<br>Forrest G. Hopper (#0389417)<br>7815 3rd Street North<br>Suite 203<br>Oakdale, MN 55128<br>Telephone: (651) 256-5000<br>Fax: (651) 340-1456<br>*Attorneys for Plaintiff* |