

HOME   CONTACT US   SITE MAP   LAGUAGE

**COMPANY INFORMATION**     PRODUCT     NEW TECH     DATA CENTER

### COMPANY INFORMATION

- CEO
- COMPANY PROFILE
- FACTORY FACT
- HISTORY
- EXHIBITION
- CERTIFICATE
- SUBSIDIARY COMPANY
- TV COMMERCIAL

**International Support:**
82 2 2003 2362
lovetgif@daesung.co.kr

**Chinese Support:**
82 2 2003 2325
safety2003@daesung.co.kr

**Russian Support:**
82 2 2003 2392
jinks82@daesung.co.kr

HOME » COMPANY INFORMATION » FACTORY FACT

## ○ FACTORY FACT



DAESUNG CELTIC is Korean Gas boiler manufacturer established in 1982 Joint investment agreement with Chaffoteaux et Maury. Annually we produce and supply over 180,000 gas boiler products to Korea and world wide market. Since we developed the condensing gas boiler in 2004, the share of condensing unit sales rapidly grows up.
Currently we are exporting our product to Europe, North America, China, Russia, and CIS countries.

| | |
|---|---|
| HQ Location | Seoul, Korea |
| Factory | Eumsung, korea |
| Annual Production | 180,000 units |
| Production capacity | 300,000 units |
| Product | Condensing combi Boiler, Conventional combi Boiler, Condensing Water heater, Zone control, Air Ventilation System |
| Fuel type | Natural gas, LPG |
| Output range | Residential use (Upto 62kw, 50,000kcal/h, 200,000BTU/h) |
| Electricity | 110V, 230V, 50~60 Hz convertible |
| International Business | USA, Canada, Mexico, Russia, China, Kazakhstan, other CIS, Europe, Middle East |
| Application of ISO | ISO 9001, ISO 14001 |
| Quality Control | 6-Sigma |
| Safety Approval | CE (European Community), ETL(North America), GOST-R(Russia), KS(Korean Standard) |



**COMPANY INFORMATION**    PRODUCT    NEW TECH    DATA CENTER

**COMPANY INFORMATION**

- CEO
- COMPANY PROFILE
- FACTORY FACT
- HISTORY
- EXHIBITION
- CERTIFICATE
- SUBSIDIARY COMPANY
- TV COMMERCIAL

**International Support:**
82 2 2003 2362
lovetgif@daesung.co.kr

**Chinese Support:**
82 2 2003 2325
safety2003@daesung.co.kr

**Russian Support:**
82 2 2003 2392
jinks82@daesung.co.kr

HOME » COMPANY INFORMATION » HISTORY

## HISTORY

| 2000 ~ 2011 | 1990 ~ 1999 | 1980 ~ 1989 |

| Year | Month | Event |
|------|-------|-------|
| 2011 | 10 | Won IF Design Award Germany |
|      | 04 | Participated in SHK MOSCOW 2011 |
|      | 03 | Participated in ISH China & CIHE 2011 |
|      |    | Participated in ISH 2011 Frankfurt |
|      | 01 | Participated in AHR Las Vegas |
| 2010 | 05 | Participated in ISK-SODEX EXPO TURKEY |
|      | 03 | Participated in 2010 Mostra Convegno EXPO COMFORT (MCE) |
|      | 02 | Participated in 10th China International Heating, Ventilation & Air-conditioning Expo (CIHE & HVAC) |
| 2009 | 11 | Awarded for outstanding Export performance (5 million USD) by Korea International Trade Association |
|      | 03 | Participated in ISH Frankfurt |
|      | 02 | Participated in 9th china International Heating, Ventilation & Air-conditioning Expo (CIHE & HVAC) |
| 2008 | 09 | Won a prize for developing good product & material (boiler & water heater) from the minister of Knowledge & Finance ministry |
|      | 07 | Started to export boiler & water heater to US |
|      |    | Started to sell in North America |
|      | 06 | Achieved ETL certificate for boiler and water heater |
|      | 04 | Won Korean new technology reward |
|      | 03 | Participated in 2008 Mostra Convegno EXPO COMPORT (MCE) |
|      | 02 | Participated in ISH China |
| 2007 | 11 | Achieved environmentally friendly product certificate |
|      | 10 | Won a gas industry reward for customer satisfaction |
|      | 09 | Won a prize for good relation between labor and management from ministry of labor |
|      |    | Achieved ⓢ mark for gas water heater |
|      | 07 | Won a energy winner prize |

| Year | Month | Event |
|---|---|---|
| 2006 | 12 | Achieved good after sales service company certificate |
| | 11 | Released export type (US, Europe, Japan, Canada) condensing gas water heater |
| | 10 | Developed "Air cleaning system" connected to home network system |
| | 09 | Developed "Flow control system" connected to home network system |
| | 08 | Developed S-line condensing boiler |
| | 05 | Condensing combi gas boiler Achieved CE for European market |
| 2005 | 11 | Winning a prize of energy saving product from ministry of Industry |
| | 09 | Developed e-smart with Hydro Block System |
| 2004 | 12 | Achieved certificate of environmentally friendly managing company<br>Achieved ISO14001:2001 certificate |
| | 11 | Achieved (®) for condensing boiler |
| | 10 | Achieved energy winner<br>Achieved good design mark |
| | 08 | Achieved CE for European market |
| | 07 | Released and started to sell e-best (high efficiency condensing boiler), we-best (high efficiency condensing boiler with water softener)<br>Achieved Well being & High quality certificate |
| | 03 | Developed fully automated gas boiler functional test system |
| | 01 | Achieved the best after sales service company certificate<br>Started to produce burner with fully automated process |
| 2003 | 07 | Open an agency in Shandong, China<br>Open an agency in Shanxi, China |
| 2002 | 10 | Introduced 6 sigma quality management system |
| | 09 | Developed SPA-REGAL |
| 2001 | 12 | Reached Monumental Achievement of 1,300,000 gas boilers sold |
| | 09 | Achieved the best company Quality comparison test of Korea Gas Safety Corporation |
| | 08 | Developed Distribution system |
| 2000 | 12 | Achieved high energy efficiency mark |
| | 10 | Open an agency in Tianjin, China |
| | 05 | Achieved good product mark from Korean standard association<br>Started to export to European market |
| | 02 | Open an agency in Beijing, China |